**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NELTON EDWARDS, individually and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) PROFESSIONAL TRANSPORTATION, INC., ) ) Defendant. ) | No. 13-CV-6507<br><br>Magistrate Judge Daniel G. Martin |

**PLAINTIFF'S UNCONTESTED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND AWARD OF ATTORNEYS' FEES**

Pursuant to Fed. R. Civ. P. 23(e), Plaintiff moves this Court to enter an order finally approving the Settlement Agreement that this Court preliminarily approved on April 17, 2014. In support of this Motion, Plaintiff has submitted a Memorandum in Support of His Motion for Final Approval of Class Action and Award of Attorneys' Fees. A draft order is attached as Exhibit D to that Memorandum.

WHEREFORE, Plaintiff asks the Court to enter the order attached as Exhibit D to Plaintiff's Memorandum in Support of His Uncontested Motion For Final Approval of Class Action Settlement and Award of Attorneys' Fees, or such similar order as the Court deems appropriate.

Respectfully submitted,

/s/   Christopher J. Wilmes

Matthew J. Piers
Christopher J. Wilmes
HUGHES, SOCOL, PIERS, RESNICK & DYM, LTD.
Three First National Plaza
70 West Madison Street, Suite 4000
Chicago, Illinois 60602
312-580-0100